**Joseph P. SHELTON, Petitioner,**

v.

**John C. MARSHALL; Attorney General of the State of California, Respondents–Appellees.**

No. 13–15707.

United States Court of Appeals, Ninth Circuit.

Nov. 23, 2015.

William Lathan Osterhoudt, Law Office of William Osterhoudt, San Francisco, CA, for Petitioner.

Peggy S. Ruffra, Esquire, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

D.C. No. 4:10–cv–01100–PJH.

Before: SIDNEY R. THOMAS, Chief Judge and STEPHEN REINHARDT and MORGAN CHRISTEN, Circuit Judges.

**ORDER**

The unopposed petition for rehearing in this case is granted. The final sentence of the opinion dated August 7, 2015 is amended to read as follows: "The district court is directed to issue a writ ordering the State to retry Shelton for the murder of Thorpe within a reasonable time or to take such other action as may be consistent with this opinion and with federal and state law. *See Lujan v. Garcia,* 734 F.3d 917, 934–35 (9th Cir.2013)." The mandate will issue 7 days from the date of this order.